SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Stockton Loan & Jewelry, Inc., et al,<br><br>　　　　Defendants | Case No.: CIV.S 10-cv-00164-MCE-DAD<br><br>**STIPULATED DISMISSAL; ORDER**<br><br>**{FRCP 41 (a)(2)}**<br><br><br>Complaint Filed:  JANUARY 21, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with the Lawsuit and the negotiation and preparation of this Agreement.

1

STIPULATED DISMISSAL AND PROPOSED ORDER　　　　　　　CIV: S-10-cv-00164-MCE-DAD

                                          DISABLED ACCESS PREVENTS INJURY, INC.

Dated: March 11, 2010

                                          /s/Scott N. Johnson_____
                                          SCOTT N. JOHNSON
                                          Attorney for Plaintiff

Dated: March 15, 2010

                                          /s/Jeff  Gilchrist_____
                                          On Behalf of Stockton Loan & Jewelry, Inc.
                                          Defendant in Pro Per

**IT IS SO ORDERED.**  The case having been resolved in its entirety, the Clerk of Court is directed to close the file.

Dated: March 22, 2010

                                          _____
                                          MORRISON C. ENGLAND, JR
                                          UNITED STATES DISTRICT JUDGE